Katherine M. Windler (SBN 158899)
Sheri Kanesaka (SBN 240053)
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
katherine.windler@bryancave.com
sheri.kanesaka@bryancave.com

Attorneys for Defendant,
Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Thomas Alfred Swanson and Karen Knill Swanson,<br><br>Debtors. | Case No.: 8:09-12605-TA<br><br>Adv. Pro. No.: 8:10-01150-TA<br><br>Chapter 11 |
| Karen Knill Swanson,<br><br>Plaintiff,<br><br>vs.<br><br>IndyMac Mortgage Services, a division of OneWestBank, f.s.b.; Mortgage Electronic Registration Systems, Inc.; Deutsche Bank, N.A., trustee for IndyMac INDX Mortgage Trust 2007-AR21, Mortgage Pass-Through Certificates Sires 2007-AR21 Bank of America, N.A.; Capital Financial Advisors, Inc.; Rosalie Irene Rains; and Does 1 - 500,<br><br>Defendants. | **PROOF OF SERVICE OF [PROPOSED] ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR FOR A MORE DEFINITE STATEMENT IN ACCORDANCE WITH TENTATIVE RULING**<br><br>Date:    July 8, 2010<br>Time:    11:00 a.m.<br>Place:    Courtroom 5B<br>              411 West Fourth<br>              Santa Ana, CA 92701-4593<br><br>Judge Theodore Albert |

SM01DOCS\794887.1

BANK OF AMERICA'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS

| In re:<br>Thomas Alfred Swanson and Karen Knill Swanson | Debtor(s). | CHAPTER: 11<br><br>CASE NO.:    09-12605-TA<br>ADV. CASE NO:    10-01150-TA |
|---|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
120 Broadway, Suite 300, Santa Monica, CA 90401

A true and correct copy of the foregoing document(s) described as **PROOF OF SERVICE OF [PROPOSED] ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR FOR A MORE DEFINITE STATEMENT IN ACCORDANCE WITH TENTATIVE RULING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 16, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On July 16, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE INFORMATION**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 16, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**
Hon. Theodor C. Albert
United States Bankruptcy Court (SA)
411 W. Fourth St. – Ctrm. 5B
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 16, 2010 | Pamela Davis | *Pamela Davis* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

| In re: |  | CHAPTER: 11 |
|---|---|---|
| Thomas Alfred Swanson and Karen Knill Swanson |  |  |
|  | Debtor(s). | CASE NO.:  09-12605-TA<br>ADV. CASE NO:     10-01150-TA |

## ADDITIONAL SERVICE INFORMATION

| **U.S. Mail** | **Electronic Mail** |
|---|---|
| **Debtors**<br>Thomas Alfred Swanson<br>25 Hermitage Lane<br>Newport Beach, CA 92660<br><br>Karen Knill Swanson<br>25 Hermitage Lane<br>Newport Beach, CA 92660 |  |
| **Attorneys for Debtors**<br>Steven K. Kop<br>Law Offices of Steven K. Kop<br>1470 Jamboree Rd., Suite 102<br>Newport Beach, A 92660-6203 |  |
| **Attorneys for Defendant IndyMac Mortgage Services, MERS, and Deutsche Bank, as Trustee**<br>David R. Zaro<br>Yale K. Kim<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>515 South Figueroa Street, 9th Floor<br>Los Angeles, CA 90071-3309 |  |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                              **F 9013-3.1**